UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEMEX INC.,<br><br>          *Plaintiff*,<br><br>      v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br>*et al.*,<br><br>          *Defendants*. | Civil Action No. 19-1265 (CJN) |

## JOINT STATUS REPORT

Pursuant to this Court's September 5, 2019, Minute Order, the Parties, by and through undersigned counsel, hereby submit this Joint Status Report and propose a briefing schedule to govern this case.

This is a case that is to be decided based upon an administrative record. There are items concerning the administrative record that the parties are currently in the process of discussing. The schedule proposed below accommodates time for any motion concerning the administrative record should that be necessary. The schedule proposed here assumes that the summary judgment merits briefing will commence once any issues concerning the scope or contents of the administrative record are resolved by the parties or addressed by the court if any motion concerning the administrative record is filed. The proposed merits briefing schedule is also intended to accommodate counsel for both Plaintiff and Defendants who will be on out on paternity leave during the course of the briefing schedule in this case.

In light of these considerations, the parties propose that briefing of dispositive motions in this matter proceed according to the following schedule:

October 25, 2019:    Defendants Provide Plaintiff with an Electronic Copy of the Administrative Record

| | |
|---|---|
| February 4, 2020: | Deadline for Any Motion to Supplement or Objections to the Administrative Record |
| April 29, 2020: | Plaintiff Files Its Motion for Summary Judgment |
| June 29, 2020: | Defendants File Their Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion |
| July 30, 2020: | Plaintiff Files Its Combined Reply in Support of Its Motion for Summary Judgment and Opposition to Defendants' Motion |
| August 31, 2020: | Defendants File Their Reply In Support of Their Motion for Summary Judgment |

Dated: September 26, 2019                              Respectfully Submitted,

*/s/ Helgi C. Walker*                                              JESSIE K. LIU
Helgi C. Walker, DC Bar No 454300          D.C. BAR # 472845
hwalker@gibsondunn.com                         United States Attorney
Peter E. Seley, DC Bar No. 440936             for the District of Columbia
pseley@gibsondunn.com
David A. Schnitzer, DC Bar No. 1022420   DANIEL F. VAN HORN
dschnitzer@gibsondunn.com                     D.C. BAR # 924092
GIBSON, DUNN & CRUTCHER LLP          Civil Chief
1050 Connecticut Avenue, N.W.
Washington D.C. 20035                               By:    */s/ Derek S. Hammond*
(202) 955-8500                                               DEREK S. HAMMOND, BAR # 1017784
                                                                       Assistant United States Attorney
*Counsel for Plaintiff CEMEX, Inc.*                U.S. Attorney's Office
                                                                       555 4th Street, N.W. - Civil Division
                                                                       Washington, D.C. 20530
                                                                       (202) 252-2511

                                                                       *Counsel for Defendants*