UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CEMEX, INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      *Defendants*. | Civil Action No. 1:19-cv-01265 (CJN) |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Status Report, Dkt. 11, the Court hereby **ORDERS** that:

(1) By **October 25, 2019**, Defendants shall provide Plaintiff with an electronic copy of the administrative record.

(2) By **February 4, 2020**, the Parties shall file any motion to supplement or objection to the administrative record.

(3) By **April 29, 2020**, Plaintiff shall file its Motion for Summary Judgment.

(4) By **June 29, 2020**, Defendants shall file their response and their Cross-Motion for Summary Judgment.

(5) By **July 30, 2020**, Plaintiff shall file its reply and response.

(6) By **August 31, 2020**, Defendants shall file their reply.

The Court will schedule a hearing on the motions, if necessary, after briefing is complete.

2

It is **SO ORDERED**.

DATE:  September 30, 2019

_____
CARL J. NICHOLS
United States District Judge