## CEMEX Inc. vs. Department Of The Interior
## No. 1:19-cv-01265 (CJN)

## INDEX TO JOINT ADMINISTRATIVE RECORD APPENDIX

| Citation Range | Date | Description |
|---|---|---|
| **VOLUME 1** | | |
| **AR 2:1–48** | 3/20/2019 | Decision, *CEMEX, Inc.*, 194 IBLA 125 (2019) |
| **AR 17:1–4** | 9/28/2016 | BLM Sur-reply; Motion To Strike, *CEMEX, Inc.*, IBLA 2015-266 |
| **AR 20:2–289*** | 9/7/2016 | CEMEX Reply Brief (with selected attachments), *CEMEX, Inc.*, IBLA 2015-266 |
| **AR 26:1–154*** | 8/9/2016 | BLM Answer (with selected attachments) *CEMEX, Inc.*, IBLA 2015-266 |
| **VOLUME 2** | | |
| **AR 33:2–361*** | 6/9/2016 | CEMEX Statement Of Reasons (with selected attachments), *CEMEX, Inc.*, IBLA 2015-266 |
| **AR 34:039758–039769** | 2/6/2007 | Email From Kerry Shapiro To Richard Grabowski (BLM), Steve Kupferman (BLM) Re: Truce Documents |
| **AR 34:039770–039772** | 2/6/2007 | Email From Kerry Shapiro To Richard Grabowski (BLM), Steve Kupferman (BLM) Re: City Press Release re Truce |
| **AR 34:039787–040397*** | 5/3/2004 | Consent Decree (with selected attachments), *Cemex, Inc. v. Cty. of L.A.*, No. CV-02-747 DT (FMOx) (C.D. Cal.) |
| **AR 34:040534–040539** | 2/15/2000 | Response From BLM California State Director To Office Of Inspector General Re: Office Of Inspector General Referral #99VI-466R, Complaint Concerning Administration Of Sand And Gravel Contract In Soledad Canyon |
| **AR 34:040540–040541** | 11/24/1999 | Letter From Tom Fry (BLM) To Charles Hawkins III (National Aggregates Association) |
| **AR 39A2:035129–035148** | 8/28/2015 | BLM State Director's Decision Re: Cancellation Of Mineral Materials Contract CA 20139 CA22901 |
| **VOLUME 3** | | |
| **AR 39A2:035158–035175** | 8/10/2015 | Email From James Scrivner (BLM) to Michael Smith (BLM) Re: Actual Documents For City Of Santa Clarita Pra Request |
| **AR 39A2:035197–035211** | 2006–2009 (various) | Compilation Of Correspondence Between BLM And CEMEX (2006–2009) |

*Excerpted                                  1

| Citation Range | Date | Description |
| --- | --- | --- |
| AR 39A2:035221–035227 | 7/10/2015 | Letter From Cliff Kirkmyer (CEMEX) To James G. Kenna (BLM) Re: Soledad Canyon Project (3600 (CA920) (P): CA-20139; CA-22901) |
| AR 39A2:035238–035241 | 6/15/2015 | Letter From James G. Kenna (BLM) To Cliff Kirkmyer (CEMEX) Re: Soledad Canyon Sand, Contract Nos. CACA 20139 And CACA 22901 |
| AR 39A2:035267–035268 | 4/28/2015 | Meeting Notes |
| AR 39A2:035347–035350 | 4/17/2015 | Letter From James G. Kenna (BLM) To Cliff Kirkmyer (CEMEX) |
| AR 39A2:035489–035492 | 3/13/2015 | Letter From James G. Kenna (BLM) To Karl Watson Jr. (CEMEX) |
| AR 39A2:037505–037507 | 9/26/2013 | CEMEX Soledad Canyon Sand And Gravel Project |
| AR 39A2:037745–037747 | 7/10/2013 | DRAFT: BLM-California, Senate Bill 771 Soledad Canyon Settlement Act |
| AR 39A2:037877–037880 | 5/30/2013 | Soledad Canyon Sand And Gravel Mining Project, BLM-California Status Summary |
| AR 39A2:038245 | 11/30/2012 | CEMEX Path Forward Strategy |
| AR 39A2:038487–038492 | 5/5/2011 | Memo From BLM State Director To Legislative Affairs Re: Comments On S.759, Soledad Canyon High Desert California Public Lands Conservation And Management Act Of 2011 |
| AR 39A2:038621–038625 | 1/14/2010 | Memo From BLM State Director To Legislative Affairs Re: Comments On HR 4332, Soledad Canyon High Desert, California Public Lands Conservation And Management Act of 2009 |
| AR 39A2:038662–038673 | 6/30/2009 | Chronology Of BLM Mineral Material Contract Awarded To Transit Mixed Concrete Company/CEMEX |
| AR 39A2:038696–038720 | 5/13/2008 | Memo From BLM State Director To Legislative Affairs Re: Comments On HR 5887, Soledad Canyon Mine Act |
| AR 39A2:038779–038785 | 2/7/2007 | Email From David Shilton (DOJ) To Jay Geldermann (DOJ) et al. Re: City And CEMEX Sign "Truce" |
| AR 39A2:038876–038877 | 4/26/2006 | Congressional Courtesy Briefing: CEMEX–Transit Mixed Soledad Canyon Sand And Gravel Project |
| AR 39A2:039065–039066 | 10/11/2005 | Emails From Steve Kupferman (BLM) To George Brown (BLM) Re: CEMEX Status |
| AR 39A2:039067–039068 | 10/11/2005 | Email From George Brown (BLM) To Steve Kupferman (BLM) Re: CEMEX Meeting |

*Excerpted

2

| Citation Range | Date | Description |
|---|---|---|
| AR 39A2:039204–039205 | 4/8/2005 | Email From Janet Bedrosian (BLM) To Steve Kupferman (BLM) Re: City Of Santa Clarita–CEMEX Consultant Status |
| AR 39A2:039212 | 2/11/2005 | Email From Steve Kupferman (BLM) To Jim Abbott (BLM) Re: Don Sutton–Consultant To Cemex And City Of Santa Clarita |
| AR 39A2:039259–039261 | 7/7/2004 | Fax From CEMEX To Jim Abbott (BLM) Re: Attached Letter |
| AR 39A2:039262–039262 | 7/4/2004 | Sand And Gravel Deposits For Potential Alternate Mining Sites–CEMEX |
| AR 39A2:039271 | 6/10/2004 | Letter From Kathleen Clark (BLM) To Rep. Howard 'Buck' McKeon |
| AR 39A2:039272–039273 | 6/10/2004 | Letter From Mike Pool (BLM) To Supervisor Don Knabe (L.A. County) |
| AR 39A2:039340 | 5/20/2004 | Letter From Rep. Howard 'Buck' McKeon To Michael Pool (BLM) |
| **VOLUME 4** | | |
| AR 39A3:035447–035464 | 3/31/2015–4/18/2015 | Emails Between CEMEX And BLM; Emails Among BLM, DOI Officials |
| AR 39A3:035846–035856 | 1/12/2015 | Emails Between Mark Chatterton (BLM) And James Scrivner (BLM) Re: CEMEX Bonds |
| AR 39A3:036103–036116 | 12/10/2014–12/11/2014 | Emails Among BLM, DOI Officials Re: FYI - House Passes Soledad Canyon Bill (CEMEX) |
| AR 39A3:036261–036265 | 12/10/2014 | Emails Among BLM, DOI Officials Re: Soledad Canyon Mining, Testimony-Backgroun[d] |
| AR 39A3:036269–036296 | 12/10/2014 | Email From Andrea Nelson (BLM) To P. Wilkinson, Lara Douglas, Martha Maciel (BLM) Re: DRAFT BLM concerns With S. 2938 |
| AR 39A3:036313–036374 | 11/24/2014–12/12/2014 | Emails Among BLM Officials Re: For Review/Comments: H.R. 5742 Soledad Canyon Settlement Act |
| AR 39A3:036761–036791 | 2014 (various) | Emails Among BLM Officials And With Office of Sen. Barbara Boxer Re: Follow Up From 2-11-14 Public Lands Mtg W John Podesta |
| AR 39A3:036971–036980 | 11/27/2013 | Emails Among BLM Officials Re: CEMEX Info Request |
| AR 39A3:036981–036986 | 11/20/2013 | Email From Martha Maciel (BLM) To Various BLM Personnel Re: S. 771 testimony (Soledad Canyon) |
| AR 39A3:037081–037085 | 11/3/2013 | Email From Martha Maciel (BLM) To James Kenna (BLM), Steve Kupferman (BLM) Re: Letter to Secretary Jewell Re Soledad Canyon |

*Excerpted               3

| Citation Range | Date | Description |
| --- | --- | --- |
| AR 39A3:037354–037399 | 10/18/2013–11/1/2013 | Emails Among BLM Officials Re: S.771 Qs&As |
| AR 39A3:038374–038384 | 7/3/2012 | Emails Among BLM Officials Re: CEMEX-Soledad Canyon |
| AR 39A3:038386–038418 | 6/28/2012 | Emails Among BLM Officials Re: REQUEST FOR REVIEW: S. 759, Soledad Canyon High Desert, California Public Lands Conservation And Management Act of 2011 |
| AR 39B1:001661–002326* | 6/1/2000 | Final Environmental Impact Statement For Soledad Canyon Sand And Gravel Mining Project, OEPC #FES-00-18 |
| AR 39B1:005655–005723 | 8/1/2000 | Record of Decision For The Soledad Canyon Sand And Gravel Mining Project, Los Angeles County, CA |
| **VOLUME 5** | | |
| AR 39B2:006607–006693* | 5/9/1990 | Transit Mixed Concrete Co., Mining And Reclamation Plan, Soledad Canyon |
| AR 39B5:010978–011050* | 6/1/1997 | Mining And Reclamation Plan, Soledad Canyon Sand And Gravel Mining Project |
| AR 39B7:013150–013155 | 9/14/1989 | Sand And Gravel Sale Bid Deposit Bond For U.S. Department Of Interior Bureau Of Land Management; Check And Receipt |
| AR 39B7:013194–013208 | 12/6/1989 | Draft Contracts For The Sale Of Units Of Materials |
| AR 39B7:013246–013251 | 3/9/1990 | Signed Contract For The Sale Of Units Of Materials, Contract Number CA-20139 |
| AR 39B7:013252–013257 | 3/9/1990 | Signed Contract For The Sale Of Units Of Materials, Contract No. CA-22901 |
| AR 39B7:13498 | 11/1/1991 | Transit Mix Corporation Contract; Effective Date Determination |
| AR 39B9:015730–015738 | 10/1/1999 | Memo From Chief, National Law Enforcement Office To California State Director Re: Office of Inspector General Investigative Referral # 99VI-466R, Complaint Concerning Administration Of Sand And Gravel Contract In Soledad Canyon |
| AR 39B9:016514–016526 | Undated | Canyon Country Competitive Mineral Material Sale EA No. CA-066-EA947 |
| AR 39B9:016920–016928 | 12/22/2000 | BLM Notice Of Substitution Of Counsel And Request For Expedited Review, *Soledad Canyon Sand and Gravel Mining Project*, IBLA 2000-353 |

*Excerpted

| Citation Range | Date | Description |
| --- | --- | --- |
| **AR 39C:029771–029820** | 1/14/1997 | Notice Of Motion And Motion For Preliminary Injunction; Memorandum In Support Of Motion; Declaration Of Mitch Leverette, *United States of Am.*, No. CV 97-0168-TJH(VAPx) (C.D. Cal.) |
| **AR 39C:032817–32822** | 10/20/2000 | Order, *Sierra Club, Angeles Chapter*, IBLA 2000-386 |
| **AR 53:1-159*** | 9/28/2015 | CEMEX Petition For Stay (with selected attachments), *CEMEX, Inc.*, IBLA 2015-266 |

*Excerpted